# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   EDCV 18-02599 JVS (SPx)                           Date   January 28, 2019

Title   Ngoc Pham et al v. Nationwide Insurance Company of America

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not Present                         Not Present

**Proceedings:**   (In Chambers)   ORDER TO SHOW CAUSE RE DISMISSAL AND/OR SANCTIONS FOR FAILURE TO COMPLY WITH RULES

The Court, on its own motion, hereby ORDERS defendant(s), since this case was filed as a Notice of Removal, to show cause in writing no later than **Noon on January 30, 2019**, why this action should not be dismissed and/or sanctions imposed for failure to comply with the Central District of California's General Order No. 14-01 and Local Rule 5-4.5.

As an alternative to a written response by defendant(s), the Court will consider the **delivery**, by **Noon on January 30, 2019**, of the required Mandatory Chambers Copies of the Notice of Removal, Civil Cover Sheet and Certificate of Interested Parties to Judge Selna's Mandatory Chambers drop box on the 10th Floor of the Ronald Reagan Federal Bldg. & Courthouse, 411 West 4th Street, Santa Ana, California as an adequate response to the Court's Order to Show Cause.

                                                                  :   00

                                        Initials of Preparer   kjt