**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGOC PHAM and KEN PHAM,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA; and DOES 1 through 10, inclusive,<br><br>Defendant. | **CASE NO.: 5:18-cv-02599-JVS-SP**<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>*[Joint Stipulation to Dismiss Action With Prejudice Filed Concurrently Herewith]* |

Hines Hampton Pelanda LLP
34 Executive Park, Suite 260
Irvine, CA 92614
Tel: (714) 513-1122
Fax: (714) 242-9529

1
**ORDER DISMISSING ACTION WITH PREJUDICE**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that, pursuant to the confidential settlement agreement reached in this action, the above-referenced action filed by Plaintiffs Ngoc Pham and Ken Pham against Defendant Nationwide Insurance Company of America, is hereby dismissed in its entirety with prejudice. Each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: July 2, 2019

_____

Honorable James Selna
UNITED STATES DISTRICT JUDGE

Hines Hampton Pelanda LLP
34 Executive Park, Suite 260
Irvine, CA 92614
Tel: (714) 513-1122
Fax: (714) 242-9529

2
ORDER DISMISSING ACTION WITH PREJUDICE